# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156357-63

ADRIENNE RENEE YOCHES, Individually and
as Next Friend to SAMUEL JAMES YOCHES,
      Plaintiff-Appellee,

and

TROY GIBSON, JODI JERGOVICH, and STEVE
JERGOVICH,
      Plaintiffs,

v

CITY OF DEARBORN,
      Defendant-Appellant,

and

ADAM FOREHAND,
      Defendant.

SC: 156357
COA: 330998
Oakland CC: 2014-140398-NO

_____/

LAURA JO LUBECK and RONALD LUBECK,
      Plaintiffs-Appellees,

v

CITY OF DEARBORN,
      Defendant-Appellant.

SC: 156358
COA: 331137
Oakland CC: 2014-140410-NO

_____/

TROY GIBSON, JODI JERGOVICH, and STEVE
JERGOVICH,
      Plaintiffs-Appellees,

v

CITY OF DEARBORN and CAMP DEARBORN,
      Defendants-Appellants,

and

ADAM FOREHAND,
      Defendant.

SC: 156359
COA: 331139
Oakland CC: 2014-141218-NO

_____/

LAUREN MARIE CALVIN and TROY RAY
GIBSON,
      Plaintiffs-Appellees,

v

CITY OF DEARBORN, d/b/a CAMP
DEARBORN,
      Defendant-Appellant,

and

ADAM O'BRIEN FOREHAND,
      Defendant.

SC: 156360
COA: 331144
Oakland CC: 2014-141760-NO

_____/

CHARLOTTE BADER,
      Plaintiff-Appellee,

v

CITY OF DEARBORN,
      Defendant-Appellant,

and

ADAM FOREHAND,
      Defendant.

SC: 156361
COA: 331147
Oakland CC: 2014-142520-NO

_____/

CYNTHIA CIALONE, Individually and as Next
Friend to EMMANUELLE SOUFÁNE,
        Plaintiff-Appellee,

v

CITY OF DEARBORN,
        Defendant-Appellant,

and

ADAM FOREHAND,
        Defendant.

SC: 156362
COA: 331149
Oakland CC: 2015-145847-NO

_____/

ADRIENNE RENEE YOCHES, Individually and
as Next Friend to SAMUEL JAMES YOCHES,
        Plaintiff-Appellee,

and

TROY GIBSON, JODI JERGOVICH, and STEVE
JERGOVICH,
        Plaintiffs,

and

CYNTHIA CIALONE, Individually and as Next
Friend to EMMANUELLE SOUFÁNE,
        Plaintiff/Counterdefendant/Appellee,

v

CITY OF DEARBORN,
        Defendant/Counterplaintiff/Third-
        Party Plaintiff-Appellant,

and

ADAM FOREHAND,
        Defendant,

and

SC: 156363
COA: 331630
Oakland CC: 2014-140398-NO

HENRY FORD COMMUNITY COLLEGE
SUPPORT STAFF ASSOCIATION,
          Third-Party Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the July 13, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018



s0509

Clerk